**DISMISS; and Opinion Filed July 30, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00364-CV

**BUTLER & HOSCH, P.A. AND PALM FORECLOSURE SERVICES, INC., Appellants**

**V.**

**ZOE KRIKORIAN, Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-00243**

## MEMORANDUM OPINION

Before Justices Fillmore, Evans, and Lewis
Opinion by Justice Fillmore

Before the Court is appellants' motion to dismiss the appeal. Appellants have informed

the Court that they no longer wish to pursue this appeal. Accordingly, we grant appellants'

motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).


/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE


140364F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

BUTLER & HOSCH, P.A. AND PALM
FORECLOSURE SERVICES, INC.,
Appellants

No. 05-14-00364-CV     V.

ZOE KRIKORIAN, Appellee

On Appeal from the 298th Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. DC-14-00243.
Opinion delivered by Justice Fillmore.
Justices Evans and Lewis, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, ZOE KRIKORIAN, recover her costs of this appeal from appellants, BUTLER & HOSCH, P.A. AND PALM FORECLOSURE SERVICES, INC..

Judgment entered this 30th day of July, 2014.